IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | ) )  MDL No. 1261 ) |
| THIS DOCUMENT RELATES TO:<br>Civil Action Numbers 98-5055<br>and 99-1341 | ) ) ) ) |

**O R D E R**

**AND NOW**, this 17th day of June, 2003, following a status conference convened on that date at the request of counsel, with a number of attorneys participating in person and counsel for plaintiffs in several of the lawsuits recently filed by former class members who have opted out of the classes certified by the Court participating by telephone, **IT IS ORDERED** as follows:

1. Counsel for plaintiffs shall, without delay, serve counsel for plaintiffs in all of the lawsuits recently filed by former class members who have opted out of the classes certified by the Court with copies of plaintiffs' Motion of Lead, Liaison Counsel and the Respective Executive Committees Appointed by the Court for Entry of an Order Assuring Compensation From Plaintiffs in Subsequently Filed Actions and Assuring that Their Work is Not Appropriated;

2. Counsel for plaintiffs in all of the recently filed lawsuits, and any other party desiring to do so, shall file and serve a response to plaintiffs' Motion of Lead, Liaison Counsel and the Respective Executive Committees Appointed by the Court for Entry of an Order Assuring Compensation From Plaintiffs in Subsequently Filed Actions and Assuring that Their Work is Not Appropriated within one (1) week of service of a copy of the Motion;

      3. Plaintiffs and defendants are granted leave to file and serve on or before June 27, 2003, a reply to the response to the Motion of Lead, Liaison Counsel and the Respective Executive Committees Appointed by the Court for Entry of an Order Assuring Compensation From Plaintiffs in Subsequently Filed Actions and Assuring that Their Work is Not Appropriated;

      4. One (1) copy of each of the documents identified in paragraphs 2 and 3 above shall be served on the Court by facsimile transmission ((215) 580-2141) when the originals are filed;

      5. On or before June 20, 2003, counsel for plaintiffs in all of the lawsuits recently filed by former class members who have opted out of the classes certified by the Court shall provide the Court and all counsel with a written proposal covering a procedure for addressing the interests of the said plaintiffs in the litigation including, but not limited to, participation in discovery. Plaintiffs shall, on or before June 23, 2003, respond to the written proposal of the former class members who have opted out of the classes certified by the Court. One (1) copy of each of the documents identified in this paragraph shall be served on the Court by facsimile transmission ((215) 580-2141); the originals need not be filed; and,

      6. A Hearing/Oral Argument is **SCHEDULED** for Monday, June 30, 2003, at 10:30 A.M., in Courtroom 12-B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania. At the Hearing/Oral Argument, the Court will address all issues relating to all of the lawsuits recently filed by former class members who have opted out of the classes certified by the Court.

      Counsel may participate in the Hearing/Oral Argument by telephone if their offices are at some distance from Philadelphia, Pennsylvania. Any attorneys who wish to participate in the Hearing/Oral Argument by telephone should notify Deputy Clerk Michael Coyle ((267) 299-

7339) no later than the close of business on June 27, 2003.

**IT IS FURTHER ORDERED** that liaison counsel shall promptly serve all counsel, including counsel for plaintiffs in all of the lawsuits recently filed by former class members who have opted out of the classes certified by the Court, with copies of this Order.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**