IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO | ) MDL No. 1261 ) ) |
| ALL ACTIONS (Civil Actions Nos. 98-5055 AND 99-1341) | ) ) ) |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective July 21, 2003, the law firm of Winston & Strawn has changed its name to **Winston & Strawn LLP**. The address, telephone and facsimile numbers will remain the same.

Dated: August 4, 2003

Respectfully submitted,

_____
Barbara W. Mather
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

R. Mark McCareins
Dane A. Drobny
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

**Attorneys for Defendants**
*Jefferson Smurfit Corporation, Stone Container Corporation and Smurfit-Stone Container Corporation*

CHI:1241468.1

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2003, a copy of the foregoing **Notice of Firm Name Change** of Winston & Strawn LLP, was served on all counsel on the attached service list by U.S. First Class Mail.

_____
LINDA WISHNER

## SERVICE LIST

(Revised 8/4/03)

| | |
|---|---|
| Howard I. Langer, Esquire<br>**Golomb, Honik & Langer P.C.**<br>121 S. Broad Street, 9th Floor<br>North American Building<br>Philadelphia, PA  19107<br>215-985-1109/215-825-985-4169 (fax)<br>**Liaison Counsel for All Plaintiffs**<br>**Lead Counsel for Box Plaintiffs** | Martin Twersky, Esquire<br>H. Laddie Montague<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA  19103-6365<br>215-875-3054/215-875-4604 (fax)<br>**Executive Committee for Box Plaintiffs** |
| Allen D. Black, Esquire<br>Roberta D. Liebenberg, Esquire<br>**Fine, Kaplan & Black**<br>1845 Walnut Street, Suite 2300<br>Philadelphia, PA  19103<br>215-567-6565/215-568-5872 (fax)<br>**Executive Committee for Box Plaintiffs** | W. Joseph Bruckner, Esquire<br>Darla J. Boggs, Esquire<br>**Lockridge Grindal Nauden L.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  55401<br>612-339-6900/612-339-0981 (fax)<br>**Executive Committee for Box Plaintiffs** |
| Eugene A. Spector, Esquire<br>Jeffrey J. Corrigan, Esquire<br>**Spector & Roseman, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103-3672<br>215-496-0300/215-496-6611 (fax)<br>**Lead Counsel for Sheet Plaintiffs** | Michael J. Freed, Esquire<br>Steven Kanner, Esquire<br>**Much Shelist Freed Ament & Rubenstein**<br>200 N. LaSalle Street, Suite 2100<br>Chicago, IL  60606-1095<br>312-521-2000/312-521-2100 (fax)<br>**Lead Counsel for Sheet Plaintiffs** |
| Gary L. Specks, Esquire<br>**Kaplan, Kilsheimer & Fox LLP**<br>203 No. LaSalle Street, Suite 2100<br>Chicago, IL  60601<br>312-558-1584/312-558-1585 (fax)<br>**Executive Committee for Sheet Plaintiffs** | Mark Reinhardt, Esquire<br>**Reinhardt & Anderson**<br>E1000 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN  55413<br>651-227-9990/651-297-6543 (fax)<br>**Executive Committee for Sheet Plaintiffs** |
| Warren Rubin, Esquire<br>**Law Offices of Bernard M. Gross**<br>1515 Locust Street, 2nd Floor<br>Philadelphia, PA  19102<br>215-561-3600/215-561-3000 (fax)<br>**Executive Committee for Sheet Plaintiffs** | Joseph C. Kohn, Esquire<br>Robert LaRocca, Esquire<br>**Kohn, Swift & Graf, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA  19107<br>215-238-1700/215-238-1968 (fax) |

| | |
|---|---|
| Steven J. Harper, Esquire<br>Steven C. Seeger, Esquire<br>**Kirkland & Ellis LLP**<br>200 East Randolph Drive<br>Chicago, IL 60601<br>312-861-2152/312-861-2200 (fax)<br>**Counsel for International Paper and Union Camp Corporation** | Daniel B. Huyett, Esquire<br>Matthew W. Rappleye, Esquire<br>**Stevens & Lee**<br>111 North Sixth Street, PO. Box 679<br>Reading, PA 19603-0679<br>610-478-2219/610-376-5610 (fax)<br>**Counsel for International Paper and Union Camp Corporation** |
| Richard C. Rizzo, Esquire<br>Jennifer R. Clarke, Esquire<br>Will W. Sachse, Esquire<br>Donald C. LeGower<br>**Dechert LLP**<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103<br>215-994-2641/215-994-2222 (fax)<br>**Counsel for Temple-Inland, Inc. and Gaylord Container Corporation** | Douglas J. Kurtenbach, Esquire<br>Timothy Duffy, Esquire<br>**Kirkland & Ellis LLP**<br>200 East Randolph Drive<br>Chicago, IL 60601<br>312-861-2000/312-861-2200 (fax)<br>**Counsel for Weyerhauser Paer Company, Tenneco, Inc., Tenneco Packaging, Inc., and Packaging Corporation of America** |
| Sherry A. Swirsky, Esquire<br>Ralph G. Wellington, Esquire<br>**Schnader Harrison Segal & Lewis LLP**<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-2205<br>215-751-2182/215-972-7475 (fax)<br>**Liaison Counsel for Defendants**<br>**Local Counsel for Weyerhauser Paper Company, Tenneco, Inc., Tenneco Packaging, Inc., and Packaging Corporation of America** | Edward M. Posner, Esquire<br>Paul H. Saint-Antoine, Esquire<br>Rebecca S. Rimmer, Esquire<br>**Drinker, Biddle & Reath LLP**<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>215-988-2700<br>**Counsel for Georgia-Pacific Corporation** |
| Douglas M. Garrou, Esquire<br>Thomas G. Slater, Jr., Esquire<br>**Hunton & Williams**<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074<br>**Counsel for Georgia-Pacific Corporation** | Howard Sedran, Esquire<br>**Levin, Fishbein, Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 |
| Bruce Cohen, Esquire<br>Steven J. Greenfogel, Esquire<br>**Meredith Cohen Greenfogel & Skirnick**<br>22nd Floor, Architect's Building<br>17th and Sansom Streets<br>Philadelphia, PA 19103 | Joseph Goldberg<br>**Freedman, Boyd, Daniels, Hollander, Guttman & Goldberg**<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102 |

| | |
|---|---|
| Gerald G. Saltarelli, Esquire<br>James A. Morsch, Esquire<br>Jason S. Dubner, Esquire<br>**Butler Rubin Saltarelli & Boyd**<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602<br>312-444-9660/312-444-9287 (fax) | William J. Blechman, Esquire<br>Richard A. Arnold, Esquire<br>**Kenny Nachwalter Seymour Arnold Critchlow & Spector, P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131-4327<br>305-372-1000/305-372-1861 (fax) |
| Nathan Muyskens, Esquire<br>**Morgan, Lewis & Bockius, LLP**<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>**Counsel for American Forest & Paper Association** | Michael F. Brockmeyer, Esquire<br>Paolo Morante, Esquire<br>**Piper Rudnick LLP**<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410-580-3000/510-580-3001 (fax)<br>**Counsel for Perdue Farms Incorporated** |
| Richard J. Leveridge, Esquire<br>**Dickstein Shapiro Morin & Oshinsky LLP**<br>2101 L Street, N.W.<br>Washington, D.C. 20037-1526<br>202-785-9700/202-887-0689 (fax) | David H. Bamberger, Esquire<br>**Piper Rudnick LLP**<br>1200 Nineteenth Street, N.W.<br>Washington, D.C. 20036-2412<br>202-861-3900/202-223-2085 (fax)<br>**Counsel for Perdue Farms Incorporated** |
| Daniel S. Mason, Esquire<br>Joseph W. Bell, Esquire<br>Sara M. Scott, Esquire<br>**Zelle, Hofmann, Voelbel, Mason & Gette**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415-693-0700/415-693-0770 (fax)<br>**Counsel for Kellogg Company** | Terry Rose Saunders, Esquire<br>Thomas A. Doyle<br>**Saunders & Doyle**<br>33 N. Dearborn Street, Suite 1302<br>Chicago, IL 60602<br>312-551-0051/312-551-4467 (fax)<br>**Local Counsel for Kellogg Company** |