UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

)
In re: Linerboard Antitrust Litigation )
_____ )
) MDL No. 1261
This document relates to: )
)
ALL ACTIONS )
_____ )

## MOTION OF LA CIE MCCORMICK CANADA CO. TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO CONFIDENTIALITY ORDER

Movant La Cie McCormick Canada Co.("McCormick") is the Plaintiff in *La Cie McCormick Canada Co. v. Stone Container Corp. et al.*, Court File No. 43669, a class action lawsuit pending in the Superior Court of Justice, Ontario, Canada. McCormick's lawsuit is brought against the same defendants (as well as some of their Canadian subsidiaries) based on the same facts as this case: McCormick seeks damages from the participants in the conspiracy of linerboard manufacturers that raised, fixed, stabilized and maintained prices for linerboard in North America between 1993 and at least the end of 1995. McCormick's proof of its case will involve nearly identical evidence as this case.

By this Motion, McCormick seeks leave to intervene in this action under Fed. R. Civ. P. 24(b) so that it may seek modification of the stipulated Confidentiality Order that this Court entered on December 14, 2000. McCormick seeks access to discovery provided by the defendants.

Upon intervention, McCormick will move and hereby does move to modify the

Confidentiality Order to permit it access to the discovery materials in this case on the same

terms as the parties to this action. See Proposed Order, attached.

The basis for this Motion is set forth in the accompanying Memorandum of Points

and Authorities.

Movant requests that this Motion be set for a hearing.

Respectfully submitted,

Nicholas E. Chimicles
Timothy N. Mathews
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500

David W. Stanley
Charles J. LaDuca
CUNEO WALDMAN & GILBERT, LLP
317 Massachusetts Avenue, NE
Suite 300
Washington, DC 20002
(202) 789-3960

2