IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: LINERBOARD ANTITRUST LITIGATION | : : : : : : | CIVIL ACTION<br><br>NO. MDL - 1261 |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of <u>David W. Stanley</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action Number MDL - 1261

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, David W. Stanley, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 2971, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 11/20/72 | 12791 |
| District of Columbia | 7/10/73 | 174318 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 3/4/74 | 174318 |
| E.D. Virginia | 12/23/02 | 12791 |
| D. Colorado | 11/8/03 | ---- |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

(Applicant's Signature)

Date: 7/7/04

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cuneo Waldman & Gilbert, LLP
317 Massachusetts Ave., NE, Suite 300
Washington, DC 20002   202/789-3960

Sworn and subscribed before me this

7th Day of July, 2004

Susan Leigh
Notary Public

SUSAN LEIGH
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2005

11/03

(11/03)

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>David W. Stanley</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good, and that I make this statement subject to the laws concerning perjury and sworn falsifications.

      I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Timothy N. Mathews | [signature] | 02/05/2004 | 91430 |
|---|---|---|---|
| Sponsor's name | Sponsor's signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Chimicles & Tikellis LLP
361 W. Lancaster Ave
Haverford, PA 19041   (610) 642-8500

Sworn and subscribed before me this
8th day of July, 2004

[signature]
Notary Public

NOTARIAL SEAL
ANNE F. PEARLMAN, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires April 23, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE: LINERBOARD ANTITRUST  :  CIVIL ACTION
LITIGATION                   :
         v.                  :
                             :
                             :  NO. MDL - 1261

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___David W. Stanley___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

___SEE ATTACHED SERVICE LIST.___

_____
Signature of Attorney

___Timothy N. Mathews___
Name of Attorney

___Timothy N. Mathews___
Name of Moving Party

___7/8/2004___
Date

Service List

**Allen D. Black**
**Roberta D. Liebenberg**
FINE, KAPLAN AND BLACK
1845 Walnut Street
Suite 2300
Philadelphia, PA 19103-4774
Tel: 215/567-6565
Fax: 215/568-5872
Email: ablack@finekaplan.com
       rliebenberg@finekaplan.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**H. Laddie Montague, Jr.**
**John R. Taylor**
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103
Tel: 215/875-3000
Fax: 215/875-4604
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Howard Langer**
LANGER & GROGAN P.C.
1600 Market Street
Suite 2020
Philadelphia, PA 19103-7218
Tel: 215/419-6544
Fax: 215/419-6546
Email: hlanger@langergrogan.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Joseph Bruckner**
LOCKRIDGE GRINDAL NAUEN
1100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401
Tel: 612/339-6900
Fax: 612/339-0981
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Robert J. Larocca**
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215/238-1700
Fax: 215/238-1968
Email: rlarocca@kohnswift.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Andrew G. Klevorn**
**Kathleen M. Mulligan**
**Nathan P. Eimer**
SIDLEY & AUSTIN
One First National Plaza
Chicago, IL 60603
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Barbara W. Mather**
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Tel: 215/981-4895
Fax: 215/981-4756
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Eric F. Gladbach**
**John P. Hooper**
750 Lexington Avenue
New York, NY 10022
Tel: 212/756-0292
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**R. Mark McCareins**
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Ralph G. Wellington**
**Scott L. Fast**
**Sherry A. Swirsky**
SCHNADER HARRISON SEGAL
  AND LEWIS LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: 215/751-2000
Fax: 215/751-2205
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**James J. Rodgers**
DILWORTH PAXSON LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
Tel: 215/575-7000
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Joseph M. Donley**
KITTREDGE DONLEY ELSON
 FULLEM & EMBICK
421 Chestnut Street
5th Floor, The Bank Bldg.
Philadelphia, PA 19106-2416
Tel: 215/829-9900
Fax: 215/829-9888
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**PAUL H. SAINT-ANTOINE**
**Edward M. Posner**
**Isabel C. Duffy**
**Rebecca S. Rimmer**
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Tel: 215/988-2990
Fax: 215/988-2757
Email: rebecca.rimmer@dbr.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Daniel B. Huyett**
STEVENS & LEE
111 North Sixth Street
PO Box 679
Reading, PA 19603
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**J. Robert Robertson**
**Steven J. Harper**
**Steven C. Seeger**
**Ram Padmanabhan**
**Robert F. Huff, Jr.**
KIRKLAND AND ELLIS
200 East Randolph Street
Suite 6100
Chicago, IL 60601
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Douglas M. Garrou**
**Thomas G. Slater, Jr.**
HUNTON & WILLIAMS
Riverfront Plaza East Tower
951 East Byrd Street
Richmond, VA 23219-4074
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Jennifer R. Clarke**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
Tel: 215/994-2105
Email: jennifer.clarke@dechert.com
LEAD ATTORNEY

**Donald C. LeGower**
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Tel: 215/994-2592
Email: donald.legower@dechert.com
LEAD ATTORNEY

**Daniel W. Smith**
**Norman M. Hirsch**
JENNER & BLOCK
One IBM Plaza
Chicago, IL 60611
Tel: 312/923-2732
LEAD ATTORNEY
ATTORNEY TO BE NOTICED