Case 2:10-md-01261-JD



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Farmland National Beef Packing Co., L.P. ) v. Temple-Inland, Inc. and Gaylord ) Container Corp. ) ) | MDL 1261 — $\tilde{n}$ lc **FILED** MAR - 8 2007 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk Case Number: 03-C-89 District of Kansas C4-4001 |

## STIPULATION AND ORDER OF DISMISSAL OF FARMLAND NATIONAL BEEF PACKING COMPANY, L.P. WITH PREJUDICE

Pursuant to F. R. C. P. 41 (a), Plaintiff Farmland National Beef Packing Company, L.P. ("NBP") and the two remaining Defendants, Temple-Inland, Inc. and Gaylord Container Corporation, stipulate to a dismissal with prejudice of all of NBP's claims in this Court, with all parties to bear their own costs. The parties further stipulate that this dismissal is without prejudice to all claims asserted under state law by Plaintiff in the case entitled *Farmland National Beef Packing Company, L.P v. Temple-Inland Inc. and Gaylord Container Corp.* pending in the District Court of Seward County, Kansas, Case No. 03-C-89.

Stipulation by:

By: _____
Richard J. Leveridge
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Attorney for Farmland National Beef
Packing Company, L.P.

Dated: February 16, 2007

*[signature]*

Donald C. LeGower
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215 994-4000

Attorneys for Temple Inland, Inc.
And Gaylord Container Corp.

SO ORDERED:

*Jan E. DuBois [signature]*
Jan E. DuBois
United States District Judge

Dated: 3/7/07

3/7/07 faxed
Leveredge, Brown

3/9/07
mailed
- R Leveredge
fax'd
- J Brown
- H Lengel

## CERTIFICATE OF SERVICE

I, Donald Le Gower, hereby certify that on February 16, 2007, a copy of the foregoing Stipulation and Order of Dismissal of Farmland National Beef Packing Company, L.P. With Prejudice was served electronically upon all counsel of record, through LexisNexis File & Serve, in accordance with the procedures set forth in the Court's October 23, 2003 Order.

Donald C. Le Gower