# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | MDL No. 1261 |
| THIS DOCUMENT RELATES TO: Civil Action Numbers 98-5055 and 99-1341 | |

## O R D E R

**AND NOW**, this 22nd day of March, 2007, upon consideration of the joint request of the parties to amend the briefing schedule on motions for summary judgment in this case, **IT IS ORDERED** that the briefing schedule for the filing of motions for summary judgment as set forth in paragraph F(2) of the **TWENTY FOURTH CASE MANAGEMENT ORDER** dated September 13, 2006 is **AMENDED,** as follows:

1. The date for filing motions for summary judgment is extended from March 23, 2007 to March 28, 2007;

2. The date for responding to motions for summary Judgment is extended from May 4, 2007 to May 11, 2007;

3. The date for filing and serving reply briefs is extended from May 25, 2007 to June 4, 2007;

4. Two copies of each of the aforesaid documents shall be served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that, excepting only as noted above, and as amended in prior orders, the **TWENTY FOURTH CASE MANAGEMENT ORDER** dated September 13, 2006 continues in effect and shall govern all further proceedings in the case.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.