IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A. Mack  
  Court Reporter

A. Follmer  
  Deputy Clerk

IN RE: LINERBOARD

  C. Miller, Esquire  
  R. Leveridne, Esquire

vs.

  MDL 1261

S. Brown, Esquire

FILED  
JUN 1 5 2007  
MICHAEL E. KUNZ, Clerk  
By_____Dep. Clerk

**MINUTE SHEET**

BEFORE JUDGE Jan E. DuBois    DATE June 14, 2007  TIME 1:45 P.M.

Oral Argument

**PROCEEDING**

Parties address the Court.

Stephen Brown presents the Motion to Exclude Testimony of Dr. White.
Rick Leveridge responds on behalf of the plaintiff.
Charles Miller responds on behalf of the plaintiff.

Court takes the matter under advisement.
Court adjourns.

Court adjourned at 5:25 P.M.    To reconvene Monday, July 2, 2007 at 10:30 a.m.

**TOTAL TIME IN COURT : 3 hours 20 minutes**
rev. 5/2003