IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | MDL No. 1261 |
| THIS DOCUMENT RELATES TO: Civil Action Numbers 98-5055 and 99-1341 | |

**O R D E R**

**AND NOW**, this 15th day of June, 2007, upon consideration of Defendants' Motion to Exclude The Testimony of Prof. Halbert L. White, Jr. (Document No. 893, filed March 23, 2007), the Court having conducted oral argument on the Motion on June 14, 2007, and the Court having concluded at oral argument that a Hearing for the presentation of the testimony of Professor Halbert L. White, Jr., is appropriate, and, if deemed appropriate by defendants, a defense expert witness, **IT IS ORDERED** that a Hearing on Defendants' Motion to Exclude The Testimony of Prof. Halbert L. White, Jr. (Document No. 893), is **SCHEDULED** for Monday, July 2, 2007, beginning at 10:30 A.M., in Courtroom 12-B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.