IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | MDL No. 1261 |
| THIS DOCUMENT RELATES TO: Civil Action Numbers 98-5055 and 99-1341 | |

## ORDER

**AND NOW**, this 5th day of October, 2010, upon consideration of the Memorandum Pursuant to Order of February 18, 2010 Concerning the Issues on Remand (Document Number 1058, filed March 4, 2010), the Response in Objection & Opposition to Langer Fee Application (Document Number 1059, filed March 12, 2010), the Reply Memorandum Concerning the Issues on Remand (Document Number 1060, filed March 16, 2010), the Sur-Reply In Objection & Opposition to Langer Fee Application (Document Number 1061, filed March 25, 2010), the Interrogatories on Langer Fee Application with Document Requests,[1] and the Objections to Purported Interrogatories and Document Requests Served by John Peoples,[2] for the reasons set forth in the Memorandum dated October 5, 2010, **IT IS ORDERED** as follows:

1. Langer's Objections to Peoples's Interrogatories on Langer Fee Application with Document Requests are **SUSTAINED**;

---

[1] The Interrogatories on Langer Fee Application with Document Requests were apparently served on Langer's counsel on April 5, 2010, and were later faxed to this Court on May 14, 2010. A copy of the Interrogatories shall be docketed by the Deputy Clerk.

[2] The Objections to Purported Interrogatories and Document Requests Served by John Peoples were filed and served by Langer on April 5, 2010. A copy of the Objections shall be docketed by the Deputy Clerk.

2. Peoples's request for further discovery on the issue of civil contempt sanctions is **DENIED**;

3. Peoples's request for a hearing on civil contempt sanctions is **GRANTED**. A hearing will be scheduled in due course; and,

4. The Court **DEFERS** ruling on Langer's motion for sanctions until after the hearing.

**BY THE COURT:**

/s/ Jan E. DuBois
JAN E. DUBOIS, J.