Exhibit 17

# HEFFLER, RADETICH & SAITTA LLP
## CERTIFIED PUBLIC ACCOUNTANTS

EXHIBIT B

October 27, 2010

Invoice submitted to:
HOWARD LANGER / LINERBOARD
7303 EMLEN STREET
PHILADELPHIA, PA 19119

Invoice # 296802

For professional services rendered from September 23, 2010 through October 27, 2010 as follows:

Howard Langer / Linerboard Internal Revenue Service examination
for the 2004 tax year

Hours billed as follows:

| Staff | Hours | Rate | Fee |
|---|---|---|---|
| Edward Radetich | 7.00 | $250 | $1,750.00 |
| Richard Fragale | 9.00 | $225 | 2,025.00 |
| Kevin Kealey | 15.00 | $90 | 1,350.00 |
| Michael Hoang | 6.00 | $75 | 450.00 |
| TOTAL | 37.00 | | $5,575.00 |

Payment is due within 30 days, 1.5% monthly finance
charge assessed on balance after 60 days.

Heffler, Radetich & Saitta, LLP reserves the right to suspend
future services if a client has a balance in excess of 45 days in arrears.

---

1515 Market Street, Suite 1700 • Philadelphia, PA 19102 • 215.665.8870 • Fax 215.665.0613

703-B Birchfield Drive • Mount Laurel, NJ 08054 • 856.727.3322 • Fax 856.273.3738
www.heffler.com